# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| GLOBAL PAYMENTS DIRECT, INC. | |
| Plaintiff, | |
| vs. | Civil Action No. 1:14-CV-02634-SCJ |
| INTELLIGENT PAYMENTS, LLC and INTELLIGENT CONTACTS, INC. | |
| Defendants. | |
| and | |
| INTELLIGENT PAYMENTS, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| 123 IT SUPPORT, INC.; AVAIL SEO, INC.; CREATIVE ENTITY SETUP, INC.; DEBTOR PLUS SERVICE, INC; DIVERSE SOLUTIONS, INC.; GLOBAL TAX & ACCOUNTING, INC. dba FORTUNE FINANCIAL SOLUTIONS; MATRIX DATA SYSTEMS, INC.; GUARDIAN | |

MANAGEMENT, INC.; RB
CONSULTING SERVICES
LLC dba
CREDITSERVICES800616196
6, dba LIFESTYLE
ADVENTURES; THE OFFICE
CART, INC. dba OWASCO
MANAGEMENT; TOP SHELF
MARKETING, INC.;
BUSINESS SOLUTIONS LLC
dba BUSINESS TRATEGIES;
ADAM URBAN; WAYNE
SAVAGE; JEFF STOGNER;
KELLY COBERT;
STEPHANIE AGLEDOR;
JUDE ESPINOZA; JOSHUA
PEREZ; RAYMOND PINTER;
ALLENE PAIGE; ROB
BRAUER; JUSTIN
MATTHEWS; KIM
ANDERSON; and RYAN
HULT,

       Third-Party Defendants.

## MATRIX DATA SYSTEMS, INC. and RAYMOND PINTERS' ANSWER TO THE THIRD-PARTY COMPLAINT OF INTELLIGENT PAYMENTS, LLC

       Comes Now, Third-Party Defendants Matrix Data Systems, Inc. and

Raymond Pinter (hereinafter referred to as "Third-Party Defendants") and for their

Answer to Third-Party Plaintiff's Complaint, hereby shows the Court the following:

## FIRST DEFENSE

All or part of Third-Party Plaintiff's Complaint fails to state a claim against these Defendants upon which relief can be granted and Plaintiffs' Complaint should be dismissed on those grounds.

## SECOND DEFENSE

Venue is improper in this Court as to Third-Party Defendants, and therefore, this Court lacks subject matter jurisdiction.

## THIRD DEFENSE

Third-Party Plaintiff's Complaint may be barred, in whole or in part, because Third-Party Plaintiff has failed to mitigate his damages.

## FOURTH DEFENSE

Third-Party Plaintiff's Complaint may be barred, in whole or in part, by the applicable statute of limitations.

## FIFTH DEFENSE

Third-Party  Plaintiff failed to obtain proper service of process.

## SIXTH DEFENSE

Third-Party Defendants reserve the right to assert any additional affirmative defenses and matters of avoidance as may be disclosed during the course of additional investigation and discovery.

## SEVENTH DEFENSE

Third-Party Defendants deny each and every averment contained in Plaintiff's Complaint not expressly admitted hereinafter, and reserves the right to plead and prove at trial such other and further defenses as may as may become known during the course of investigation and discovery.

## EIGHTH DEFENSE

In response to the individually numbered paragraphs contained in the Plaintiff's Complaint, the Defendant responds as follows:

## PARTIES

1.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 1 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

2.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 2 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

3.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 3 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

4.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 4 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

5.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 5 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

6.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 6 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

7.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 7 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

8.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 8 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

9.

The allegations set forth in the first sentence of Paragraph 9 of Third-Party Plaintiff's Compliant are admitted.  Third-Party Defendants are not certain as to what merchant agreement Third-Party Plaintiff is referring to in the second sentence of Paragraph 9; therefore, those allegations are denied.

10.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 10 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

11.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 11 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

12.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 12 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

13.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 13 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

14.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 14 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

15.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 15 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

## **JURSIDICTION AND VENUE**

16.

Third-Party Defendants deny the allegations contained in Paragraph 16 of Third-Party Plaintiff's Complaint.

17.

Third-Party Defendants deny the allegations contained in Paragraph 17 of Third-Party Plaintiff's Complaint.

18.

Third-Party Defendants deny the allegations contained in Paragraph 18 of Third-Party Plaintiff's Complaint.

## FACTUAL BACKGROUND

19.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 19 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

20.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 20 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

21.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 21 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

22.

The allegations set forth in Paragraph 22 of Third-Party Plaintiff's Compliant are admitted.

23.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 23 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

24.

Third-Party Defendants deny the allegations contained in Paragraph 24 of Third-Party Plaintiff's Complaint.

## **COUNT I:**

## **IMPLIED CONTRACTUAL INDEMNITY**

25.

A response to Paragraph 25 of Third-Party Plaintiff's Complaint is not required.

26.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 26 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

27.

Third-Party Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth Paragraph 27 of Third-Party Plaintiff's Complaint and, therefore, deny the same.

28.

Third-Party Defendants deny the allegations contained in Paragraph 28 of Third-Party Plaintiff's Complaint.

29.

Third-Party Defendants deny the allegations contained in Paragraph 29 of Third-Party Plaintiff's Complaint.

30.

Third-Party Defendants deny the allegations contained in Paragraph 30 of Third-Party Plaintiff's Complaint.

31.

Third-Party Defendants deny the allegations contained in Paragraph 31 of Third-Party Plaintiff's Complaint.

## COUNT II:

## DECLARATORY RELIEF

### 32.

A response to Paragraph 32 of Third-Party Plaintiff's Complaint is not required.

### 33.

Third-Party Defendants deny the allegations contained in Paragraph 33 of Third-Party Plaintiff's Complaint.

### 34.

Third-Party Defendants deny the allegations contained in Paragraph 34 of Third-Party Plaintiff's Complaint.

WHEREFORE, having fully answered Third-Party Plaintiff's Complaint, Third-Party Defendants pray that this Court dismiss Third-Party Plaintiff's Complaint against it, with all costs cast against Third-Party Plaintiff', and that Third-Party Defendants receive such other relief as this Court deems just and proper.

Respectfully submitted this 2nd day of December, 2014.

**THE SQUIRE FIRM, PLLC**


 /s/ *Markee L. Squire*
**MARKEE L. SQUIRE**
Georgia State Bar No. 773335
Attorney for Third-Party Defendants
Matrix Data Systems, Inc. and
Raymond Pinter

7120 Northgreen Dr. NE
Sandy Springs, GA 30328
Telephone:  404-507-6151
Facsimile:  404-537-1085
Email:  markeesquire@squirefirm.com

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2014, I electronically filed **MATRIX
DATA SYSTEMS, INC. and RAYMOND PINTERS' ANSWER TO THE
THIRD-PARTY COMPLAINT OF INTELLIGENT PAYMENTS, LLC** with
the Clerk of Court using the CM/ECF system which will automatically send email
notification of such filing to the following attorneys of record:

Anthony E. Giardino, Esq.
Wargo & French LLP
999 Peachtree St., N.E.
26th Floor
Atlanta, Georgia 30309

Scott L. Bonder, Esq.
Fried & Bonder LLC
White Provisions Building
Suite 305
1170 Howell Mill Road, NW
Atlanta, Georgia 30318

*/s/ Markee L. Squire*