Name: Wayne Savage

Address: 12814 W Windsor Ave

Avondale Az 85392

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

LMM

Plaintiff,
Global
Payments
Direct

v

Case No. 1:14-CV-02634-~~SCJ~~

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 3 0 2014

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

Defendant(s),
Intelligent
Payments

I, Wayne Savage, had a merchant account for Avail SEO through Jason Taylor and Intelligent Payments LLC. The account was opened July 2013 and closed November 2013. My account number is 0008788152000300, and has always been in good standings.

Somewhere in the month of September 2013 I was informed that Intelligent Payments was changing banks and we should continue to process as usual until otherwise notified. October 2013 my customer service started receiving phone calls from irate consumers. When asked how we could help them they informed us they had bought a product and they wanted their money back. After searching for the clients information in our database and payment gateway, we were unable to locate the client. We apologized and said there must be some kind of mistake, how did you get our number. They said that the number they were calling was on their invoice. The toll free number 888-850-8021 is and has always belonged to Avail SEO. I immediately tried to contact Jason Taylor and was unsuccessful. I then contacted Jeff Stogner who established the relationship with Jason Taylor for me, and asked him to reach out to Jason. I was informed by Jeff that Jason said he had mixed up my paper work with some other paper work and he would get it fixed immediately. October 2013 I started receiving charge back notices some had my name along with my business name. Others had my name and with different business names. I again reached out to Jason Taylor and was unsuccessful. I again had Jeff reach out to Jason and I was told Jason was aware of the issue and had fixed it. We received charge backs and phone calls for months after.

It is this type of negligence that forced us to seek merchant services elsewhere. This situation has damaged both my business and personal credit. It is completely inconceivable that a company handling sensitive information could be so reckless. When Avail SEO stopped using account 0008788152000300 there was approximately $43,000.00 in the reserve which we still have not received. This is the only account I, Wayne Savage and Avail SEO used and are not responsible for any losses to Intelligent Payments LLC or Global Payments Llc. The only reason any of this was possible is because Intelligent Payments and Jason Taylor allowed my identity to be stollen.

Sincerely, Wayne D Savage