# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GLOBAL PAYMENTS DIRECT, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 1:14-cv-2634-LMM |
| v. | : | |
| | : | |
| INTELLIGENT PAYMENTS, LLC, et.al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| and | : | |
| | : | |
| INTELLIGENT PAYMENTS, LLC, | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 123 IT SUPPORT, INC., et.al. | : | |
| | : | |
| Third-Party Defendants. | : | |

## ANSWER OF THIRD-PARTY DEFENDANTS
## 123 IT SUPPORT, INC. AND ADAM URBAN

COME NOW, Third-Party Defendants 123 IT Support, Inc. and Adam Urban, and file this, their Answer to the Third-Party Complaint, and respectfully show this Court the following:

## FIRST DEFENSE

Lack of subject matter jurisdiction.

## SECOND DEFENSE

Lack of personal jurisdiction.

## THIRD DEFENSE

Failure to state a claim upon which relief may be granted.

## FOURTH DEFENSE

Fraud.

## FIFTH DEFENSE

Failure to join an indispensable party, namely, Jason Taylor.

## FIFTH DEFENSE

Responding to the individually enumerated paragraphs of the Third-Party Complaint, the Third-Party Defendants 123 IT Support, Inc. and Adam Urban respond as follows:

## PARTIES

1-2.

Third-Party Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations set forth in these paragraphs.

3.

Admitted that 123 IT Support, Inc. is a Delaware corporation.

4-15.

Third-Party Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations set forth in these paragraphs.

**JURISDICTION AND VENUE**

16.

Third-Party Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

17.

Denied.

18.

Third-Party Defendants lack sufficient knowledge or information to form a belief as to whether venue is proper. Denied as to personal jurisdiction.

**FACTUAL BACKGROUND**

19-21.

Third-Party Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations set forth in these paragraphs.

22.

Admitted.

23.

Third-Party Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

24.

Denied.  Any chargebacks resulting from activity concerning Third-Party Defendants was a result of the fraud committed by Third-Party Plaintiff's agent, Jason Taylor.

**COUNT I**
**IMPLIED CONTRACTUAL INDEMNITY**
**(Against All Defendants)**

25.

Third-Party Defendants incorporate their responses to paragraphs 1 through 24 as if fully set forth herein.

26-27.

Admitted.

28-29.

Denied.

30.

Third-Party Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

31.

Denied.

## COUNT II
## DECLARATORY RELIEF
### (Against All Defendants)

32.

Third-Party Defendants incorporate their responses to paragraphs 1 through 31 as if fully set forth herein.

33-34.

Denied.

Any allegations in the Third-Party Complaint not heretofore specifically admitted, modified, or denied are hereby generally denied as if separately and specifically denied, including but not limited to the "Prayer For Relief."

## **DEMAND FOR JURY**

Third Party Defendant 123 IT Support, Inc. demands a trial by jury as to all issues permitted to be tried as such.

WHEREFORE, Third Party Defendants 123 IT Support, Inc. and Adam Urban respectfully pray for the following relief:

a.   that the Third-Party Plaintiff complaint be dismissed with prejudice;

b.   that all costs be cast against Third-Party Plaintiff; and

c.   that Third Party Defendants 123 IT Support, Inc. and Adam Urban be granted such other and further relief as this Court may deem just and proper.

This 23rd day of March, 2015.

**MEROLLA & GOLD, LLP**

　　　/s/   A. Todd Merolla
A. Todd Merolla
Georgia Bar No. 502570
James S. Schell
Georgia Bar No. 527077
Attorneys for 123 IT Support, Inc.

75 14th Street, Suite 2130
Atlanta, Georgia 30309
404-888-3772 (o)
404-888-3737 (f)
atm@merollagold.com
jss@merollagold.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GLOBAL PAYMENTS DIRECT, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 1:14-cv-2634-LMM |
| v. | : | |
| | : | |
| INTELLIGENT PAYMENTS, LLC, et.al., | : | |
| | : | |
| Defendants. | : | |
| and | : | |
| | : | |
| INTELLIGENT PAYMENTS, LLC, | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 123 IT SUPPORT, INC., et.al. | : | |
| | : | |
| Third-Party Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the within and foregoing **ANSWER** was served upon all parties or their counsel of record by electronic means, through the United States District for the Northern District of Georgia CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

7


This 23rd day of March, 2015.

                                            /s/   A. Todd Merolla
                                            A. Todd Merolla

75 14th Street, Suite 2130
Atlanta, Georgia 30309