UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLOBAL PAYMENTS DIRECT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTELLIGENT PAYMENTS, LLC, INTELLIGENT CONTACTS, INC., JEFFREY KENDALL MAINS and JOHN WESLEY SHUTT, <br><br> Defendants. | Civil Action No. <br> 1:14-CV-02634-LMM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT RYAN HULT

Pursuant to FRCP Rule 41(a)(1)(A)(i), by and through undersigned counsel, hereby gives notice of its voluntary dismissal of the cross-complaint without prejudice as to Defendant Ryan Hult.

Respectfully submitted this 31st day of March 2015,

/s/ Theodore F. Monroe
Theodore F. Monroe
Law Offices of Theodore F. Monroe
800 W. Sixth Street, 5th Floor

Los Angeles, California 90017
Phone: (213) 417-3661
Fax: (213) 622-1444
Email: monroe@tfmlaw.com

Nathan D. Chapman
Georgia Bar No. 244954
Anthony E. Giardino
Georgia Bar No. 953202
Wargo & French LLP
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
Phone: (404) 853-1500
Fax:    (404) 853-1501
Email: nchapman@wargofrench.com
       agiardino@wargofrench.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, I electronically filed **DEFENDANTS' NOTICE OF VOLUNTARY DISMISSAL OF RYAN HULT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Scott L. Bonder

        Nicholas Smith

        Todd Morella

        Glenn M. Lyon

                        */s/ Theodore F. Monroe*
                        Theodore F. Monroe
                        Law Offices of Theodore F. Monroe
                        800 W. Sixth Street, 5th Floor
                        Los Angeles, California 90017
                        Phone: (213) 417-3661
                        Fax: (213) 622-1444
                        Email: monroe@tfmlaw.com