## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORIGA
## ATLANTA DIVISION

| | |
|---|---|
| GLOBAL PAYMENTS DIRECT, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>INTELLIGENT PAYMENTS, LLC *ET AL.*<br><br>                    Defendants. | CIVIL ACTION FILE NO. 1:14-cv-02634-LMM |

## JOINT CONSENT MOTION
## FOR EXTENSION TO FACILITATE CONTINUED MEDIATION

COME NOW Plaintiff and Defendants (the "Parties") herein and file this Joint Consent Motion For Extension to Facilitate Continued Mediation. As grounds for this second extension, the Parties show that they all met in person for mediation in Atlanta, Georgia on October 13, 2015. The mediation proceeded throughout the day and ended with the parties close to a potential settlement. The primary hindrances to settlement were the need for certain additional investigation by accountants and the production of certain other information by Defendant concerning inter-relatedness of non-party merchants[1]. The Parties anticipate that

---

[1] Other issues also existed, but may be influenced by the investigation.

the additional activity needed to complete the mediation process will be no more than three weeks.

The Parties are filing this motion in all related cases contemporaneously. Accordingly, this same Joint Consent Motion for Extension to Facilitate Mediation is being filed in: *Global Payments Direct, Inc. v. Intelligent Payments, LLC, et al.,* Northern District of Georgia, Civil Action File Number:  1:14-CV-02634-LMM; *Global Payments Direct, Inc. v. Jeffrey Kendall Mains,* Eastern District of Texas, Civil Action File Number: 4:15-CV-00214; and *Global Payments Direct, Inc. v. John Wesley Shutt,* Middle District of Tennessee, Civil Action File Number: 3:15-CV-00274.

The Parties respectfully request that they be granted an extension of all applicable deadlines through and including November 11, 2015.  To the extent any scheduling orders already exist, the Parties respectfully request that all such dates be adjusted in accordance with the requested extension.

Wherefore, The Parties respectfully request an extension of all applicable deadlines through and including November 11, 2015.

Respectfully submitted this 15th day of October, 2015.

CONSENTED TO BY:
GLOBAL PAYMENTS DIRECT, INC.

By: s/ Scott L. Bonder
    Scott L. Bonder
    Georgia Bar No. 066815
    sbonder@friedbonder.com
    Joseph A. White
    Georgia Bar No. 754315
    jwhite@friedbonder.com
    FRIED & BONDER LLC
    1170 Howell Mill Road, NW
    Atlanta, Georgia  30318
    Telephone: (404) 995-8808
    Facsimile: (404) 995-8899

INTELLIGENT PAYMENTS, LLC,
INTELLIGENT CONTACTS, INC.,

By: s/ Nathan D. Chapman
    Nathan D. Chapman
    Georgia Bar No. 244954
    nchapman@wargofrench.com
    Anthony E. Giardino
    Georgia Bar No. 953202
    agiardino@wargofrench.com
    WARGO & FRENCH, LLP
    999 Peachtree Street, NE, 26th
    Floor
    Atlanta, Georgia 30309
    Phone: (404) 853-1500
    Facsimile: (404) 853-1501

By: s/ Theodore F. Monroe
    Theodore F. Monroe
    monroe@tfmlaw.com
    Law Offices of Theodore F.
    Monroe
    800 W.0 Sixth Street, 5th Floor
    Los Angeles, California 90017
    Phone: (213) 417-3661
    Facsimile: (213) 662-1444

By: s/ Reza Sina
    Reza Sina
    reza@sinalawgroup.com
    Sina Law Group
    1543 17th Street, 3rd Floor
    Santa Monica, CA 90401
    Phone: (310) 957-2057
    Facsimile: (425) 409-0763

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORIGA
## ATLANTA DIVISION

| | |
|---|---|
| GLOBAL PAYMENTS DIRECT, INC.<br><br>        Plaintiff,<br><br>v.<br><br>INTELLIGENT PAYMENTS, LLC<br>*ET AL.*<br><br>        Defendants. | CIVIL ACTION FILE NO.<br>1:14-cv-02634-LMM |

## CERTIFICATE OF SERVICE

I certify that on October 15, 2015, I filed the JOINT CONSENT MOTION FOR EXTENSION TO FACILITATE CONTINUED MEDIATION with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record or via U.S. First Class Mail, where indicated:

| Nathan D. Chapman<br>Anthony E. Giardino<br>Wargo & French, LLP<br>999 Peachtree St., NE,<br>26th Floor<br>Atlanta, GA 30309 | Theodore F. Monroe<br>Law Offices of Theodore<br>F. Monroe<br>800 W. Sixth St. 5th Floor<br>Los Angeles, CA 90017 | Reza Sina<br>Sina Law Group<br>1543 17th Street, 3rd Floor<br>Santa Monica, CA 90401 |
|---|---|---|
| *Attorney for Defendants and Third-Party Plaintiff Intelligent Payments, LLC* | *Attorney for Defendants and Third-Party Plaintiff Intelligent Payments, LLC* | *Attorney for Defendants and Third-Party Plaintiff Intelligent Payments, LLC* |

| A. Todd Merolla | ***Via U.S. First Class Mail*** | Markee L. Squire |
|---|---|---|
| James S. Schell | Wayne Savage | The Squire Firm, LLC |
| Merolla & Gold, LLP | 12814 W. Windsor Ave. | 7120 Northgreen Dr. NE |
| 75 14th Street, Suite 2130 | Avondale, AZ 85392 | Sandy Springs, GA |
| Atlanta, GA 30309 | | 30328 |
| | | |
| *Attorneys for 123 IT* | *Pro se* | *Attorney for Matrix Data* |
| *Support, Inc. and Adam* | | *Systems, Inc. and* |
| *Urban* | | *Raymond Pinter* |

**Fried & Bonder, LLC**

/s/ Scott L. Bonder
Scott L. Bonder
Georgia Bar No. 066815
Joseph A. White
Georgia Bar No. 754315

White Provision, Suite 305
1170 Howell Mill Rd. NW
Atlanta, GA 30318
Phone: (404) 995-8808
Facsimile: 404) 995-8899