# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLOBAL PAYMENTS DIRECT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTELLIGENT PAYMENTS, LLC, INTELLIGENT CONTACTS, INC., JEFFREY KENDALL MAINS and JOHN WESLEY SHUTT, <br><br> Defendants. | Civil Action No. <br> 1:14-cv-02634-LMM |

## MOTION TO REOPEN ADMINISTRATIVELY CLOSED CIVIL ACTION

By this motion, Intelligent Payments, LLC ("Intelligent") seeks to redress an error with the Consent Motion to Dismiss with Prejudice ("Motion") that was granted by the Court. The Motion did not include dismissal of Intelligent's third-party claims. The Motion was only directed to dismiss the claims vis-à-vis Intelligent and Global Payments Direct, Inc.

Specifically, on February 19, 2016, Plaintiff filed a Consent Motion to Dismiss with Prejudice. (Docket No. 44.) On February 22, the Court entered an Order granting Plaintiff's Motion. (Docket No. 45.)

The Motion, however, only concerned the claims between Plaintiff and Intelligent. The Motion did not include the third-party claims that Intelligent has filed.

The "termination" of the case was an error and should be corrected so as not to prejudice Intelligent's third-party claims. Intelligent's claims remain pending and no party has sought to or suggested that dismissal of those claims is appropriate as a result of the settlement between Plaintiff and Intelligent.

Wherefore, Intelligent moves this Court to re-open this action because the administrative closing of this civil action was premature and contrary to its rights as to the third-party claims.[1]

Respectfully submitted this 11th day of March, 2016.

> */s/ Reza Sina*
> Reza Sina
> Theodore F. Monroe
> Law Offices of Theodore F. Monroe
> 800 W. Sixth Street, 5th Floor
> Los Angeles, California 90017
> Phone: (213) 417-3661
> Fax: (213) 622-1444
> Email: monroe@tfmlaw.com
>         reza@sinalawgroup.com

---

[1] Pursuant to Local Rule 7.1D, Intelligent certifies that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C.

Nathan D. Chapman
Anthony E. Giardino
Kabat Chapman & Ozmer LLP
171 17th Street NW,
 Suite 1550
Atlanta, GA 30363
Phone: (470) 447-0600
Fax: (470) 447-0615
Email: nchapman@kcozlaw.com
            agiardino@kcozlaw.com

*Attorneys for Defendants and Counterclaim Plaintiff, and Third-Party Claims*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2016, I electronically filed **MOTION TO REOPEN ADMINISTRATIVELY CLOSED CIVIL ACTION** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record or via U.S. First Class Mail, where indicated:

| | | |
|---|---|---|
| Nathan D. Chapman<br>Anthony E. Giardino<br>Kabat Chapman & Ozmer LLP<br>171 17th Street NW<br>Suite 1550<br>Atlanta, GA 30363<br><br>*Attorney for Defendants and Third-Party Plaintiff Intelligent Payments, LLC* | Theodore F. Monroe<br>Law Offices of Theodore F. Monroe<br>800 W. Sixth St. 5th Floor<br>Los Angeles, CA 90017<br><br>*Attorney for Defendants and Third-Party Plaintiff Intelligent Payments, LLC* | Reza Sina<br>Sina Law Group<br>1543 17th Street, 3rd Floor<br>Santa Monica, CA 90401<br><br>*Attorney for Defendants and Third-Party Plaintiff Intelligent Payments, LLC* |
| A. Todd Merolla<br>James S. Schell<br>Merolla & Gold, LLP<br>75 14th Street, Suite 2130<br>Atlanta, GA 30309<br><br>*Attorneys for 123 IT Support, Inc. and Adam Urban* | ***Via U.S. First Class Mail***<br>Wayne Savage<br>12814 W. Windsor Ave.<br>Avondale, AZ 85392<br><br>*Pro se* | Markee L. Squire<br>The Squire Firm, LLC<br>7120 Northgreen Dr. NE<br>Sandy Springs, GA 30328<br><br>*Attorney for Matrix Data Systems, Inc. and Raymond Pinter* |

Respectfully submitted this 11th day of March, 2016.

        */s/ Reza Sina*
        Reza Sina
        Theodore F. Monroe
        Law Offices of Theodore F. Monroe
        800 W. Sixth Street, 5th Floor
        Los Angeles, California 90017
        Phone: (213) 417-3661
        Fax: (213) 622-1444
        Email: monroe@tfmlaw.com
              reza@sinalawgroup.com

        Nathan D. Chapman
        Anthony E. Giardino
        Kabat Chapman & Ozmer LLP
        171 17th Street NW,
        Suite 1550
        Atlanta, GA 30363
        Phone: (470) 447-0600
        Fax: (470) 447-0615
        Email: nchapman@kcozlaw.com
              agiardino@kcozlaw.com

*Attorneys for Defendants and Counterclaim Plaintiff, and Third-Party Claims*