# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-02634-LMM
## Global Payments Direct, Inc. v. Intelligent Payments, LLC et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 06/26/2017.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:28 P.M.
TIME IN COURT: 00:28
OFFICE LOCATION: Atlanta
COURT REPORTER: Montrell Vann
DEPUTY CLERK: Rebecca Bachelor

ATTORNEY(S) PRESENT: Kyle Brent representing Intelligent Payments, LLC
Ernesto Buitrago representing The Office Cart, Inc.
Ernesto Buitrago representing Kim Anderson
Jason Coleman representing Intelligent Payments, LLC
John Gamble representing 123 IT Support, Inc.
John Gamble representing Adam Urban
Jennifer Jacobs representing The Office Cart, Inc.
Jennifer Jacobs representing Kim Anderson
Markee Squire representing Matrix Data Systems, Inc.
Markee Squire representing Raymond Pinter
D. Sweetnam representing Intelligent Payments, LLC

PROCEEDING CATEGORY: Telephone Conference (Other Proceeding Non-evidentiary);

MINUTE TEXT: A Telephone Conference was held to discuss the status of this case. The Court heard from Third Party Plaintiff regarding the 10 Third Party Defendants who have not been properly served. The Court DISMISSED Third Party Defendants Allene Paige, Business Solutions LLC, Diverse Solutions, Inc., Guardian Management, Inc., Jeff Stogner, Justin Matthews, Kelly Cobert, Rob Brauer, Avail SEO, Inc., Creative Entity Setup, Inc for want of prosecution. The Court heard from counsel representing Third Party Defendants Kim Anderson, The Office Cart, Inc., Raymond Pinter, and Matrix Data System's Inc. as to why they did not participate in the scheduling conference. The Court DIRECTED the parties to hold a discovery conference after this telephone conference. A Telephonic Status Conference will be held every 30 days to discuss the status of this case.

HEARING STATUS: Hearing Concluded