IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| INTELLIGENT PAYMENTS, LLC,  :  <br>  :  <br>　　　Third-Party Plaintiff,  :  <br>  :  　　CIVIL ACTION NO.  <br> v.  :  　　1:14-CV-2634-LMM  <br>  :  <br> 123 IT SUPPORT, INC., *et al.*,  :  <br>  :  <br>　　　Third-Party Defendants.  :  |  |

## ORDER

This case comes before the Court on Third-Party Plaintiff's Motion to Amend Third-Party Complaint [103]. Third-Party Plaintiff wishes to add additional causes of action against Third-Party Defendants.[1] See Dkt. No. [103-1] ¶¶ 19-38. As they did not file a response, Third-Party Defendants do not oppose this motion. See LR 7.1B, NDGa. For good cause shown, Plaintiff's Motion is **GRANTED** except to the extent it still lists terminated Third-Party Defendants in the "Parties" section. Dkt. No. [103-1] ¶¶ 4, 6, 8.  See also FED. R. CIV. P. 16(b)(4). The Clerk is **DIRECTED** to docket Third-Party Plaintiff's First Amended Third-Party Complaint [103-1] as the First Amendment to the Third-Party Complaint [8].[2]

---

[1] To the extent Third-Party Plaintiff seeks to add additional parties in the Amended Third-Party Complaint, the Court denies any such amendment.

[2] Because Third-Party Plaintiff labels its new claims "Count III" and "Count IV" rather than "Count I" and "Count II," it appears Third-Party Plaintiff intends for

**IT IS SO ORDERED** this 1st day of August, 2017.

*[signature]*
Leigh Martin May
**United States District Judge**

---

the Amended Third-Party Complaint [103-1] to amend the original Third-Party Complaint [8] rather than replace it.