IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| INTELLIGENT PAYMENTS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | |
|  | : | CIVIL ACTION NO. |
| 123 IT SUPPORT, INC., *et al.*, | : | 1:14-CV-2634-LMM |
| Defendants. | : | |

## ORDER

On November 29, 2017, this Court granted John Gamble, Jr.'s Motion to Withdraw. Mr. Gamble was serving as local counsel for Third Party Defendants Adam Urban and 123 IT Support, Inc. ("Defendants"). The Court ordered that those Defendants had 30 days to obtain new local counsel. To date, local counsel has not appeared on those Defendants' behalf, and Defendants have not asked for an extension to obtain new local counsel. Therefore, Defendants are **ORDERED** to **SHOW CAUSE** within **14 days of this Order** why Defendant 123 IT Support, Inc. should not be placed in default for failing to obtain counsel. See LR 83.1E(2)(b)(I), NDGa. Further, Defendant Adam Urban is **ORDERED** to advise the Court **within 14 days of this Order** whether he intends to proceed *pro se*. Failure to file a response may result in sanctions, to include default for failure to follow a lawful order of this Court.

The Clerk is **DIRECTED** to mail this Order to Defendants directly. See Dkt. Nos. [128-1, 128-2] (containing Defendants' addresses).

**IT IS SO ORDERED** this 23rd day of January, 2018.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE